Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| WASHINGTON WILDLIFE FIRST, LORNA SMITH, and CLAIRE LOEBS DAVIS,<br><br>                       Plaintiffs,<br><br>    v.<br><br>KELLY SUSEWIND, individually and in his official capacity as director of the Washington Department of Fish and Wildlife, and AMY WINDROPE, individually and in her official capacity as deputy director of the Washington Department of Fish and Wildlife,<br><br>                       Defendants. | No. 3:26-cv-05333-TMC<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE, WORD LIMITS, AND CASE SCHEDULING DEADLINES |

This matter comes before the Court on the Parties' Stipulated Motion to Modify Briefing Schedule, Word Limits, and Certain Case Scheduling Deadlines. The Court, having considered the Parties' stipulation and finding good cause, hereby ORDERS as follows:

1.    Plaintiffs may file a single consolidated response to the motion to dismiss, not to exceed 12,600 words, and Defendants may file a single consolidated reply brief in support of the motion, not to exceed 6,300 words.

ORDER GRANTING STIP. MOT. RE BRIEFING
SCHEDULE, WORD LIMITS, AND CASE
DEADLINES - 1
No. 3:26-cv-05333-TMC

2.      Plaintiffs' deadline to file a single consolidated response to the motion to dismiss is extended from July 13, 2026, to September 8, 2026.

3.      Defendants' deadline to file a single consolidated reply in support of the motion to dismiss is extended to September 22, 2026.

4.      The deadlines established in the Court's Order (ECF No. 17) for the Parties' Rule 26 (f) Conference, Initial Disclosures, and Combined Joint Status Report and Discovery Plan are modified as follows:

- Rule 26(f) Conference: July 30, 2026;

- Initial Disclosures (Fed R. Civ. P. 26(a)(1)): July 30, 2026; and

- Combined Joint Status Report and Discovery Plan: July 30, 2026.

DATED this 9th day of July, 2026.

_____
Honorable Tiffany M. Cartwright

Presented by:

GREENFIRE LAW, PC

By: /s/ Cyrus Moshiri
     Jessica L. Blome, CA Bar No. 314898
     Cyrus J. Moshiri, CA Bar No. 315717
     (Admitted pro hac vice)
     Attorneys for Plaintiff Lorna Smith

PACIFICA LAW GROUP LLP

By: /s/ W. Scott Feron
     Zachary J. Pekelis, WSBA #44557
     W. Scott Ferron, WSBA #61154
     Carly Zipper, WSBA #60598
     Attorneys for Defendants
     Kelly Susewind and Amy Windrope

LAW OFFICE OF TOBY THALER

By: /s/ Toby Thaler
     Toby Thaler, WSBA #8318
     Attorney for Plaintiff Lorna Smith

LEDUC MONTGOMERY LLC

By: /s/ Alicia LeDuc Montgomery
     Alicia LeDuc Montgomery,
     WSBA #63501
     Attorney for Plaintiffs
     Claire Loebs Davis and Washington
     Wildlife First

ORDER GRANTING STIP. MOT. RE BRIEFING
SCHEDULE, WORD LIMITS, AND CASE
DEADLINES - 2
No. 3:26-cv-05333-TMC

GREENFIRE LAW, PC
2748 ADELINE STREET, SUITE A
BERKELEY, CALIFORNIA 94703
TELEPHONE: (510) 900-9502