Honorable Tiffany M. Cartwright

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASHINGTON WILDLIFE FIRST, LORNA SMITH, and CLAIRE LOEBS DAVIS, | No. 3:26-cv-05333-TMC |
| Plaintiffs, | ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN DEADLINES |
| v. | |
| KELLY SUSEWIND, individually and in his official capacity as director of the Washington Department of Fish and Wildlife, and AMY WINDROPE, individually and in her official capacity as deputy director of the Washington Department of Fish and Wildlife, | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion to Extend Certain Deadlines ("Stipulated Motion").

For good cause shown, the parties' Stipulated Motion is **GRANTED**. The Court, having considered the Parties' Stipulated Motion and finding good cause, hereby **ORDERS** that the deadlines set forth in the Court's Order dated July 9, 2026 (ECF No. 23) are modified as follows:

- Rule 26(f) Conference: September 9, 2026;

- Initial Disclosures (Fed R. Civ. P. 26(a)(1)): September 9, 2026; and

- Combined Joint Status Report and Discovery Plan: September 9, 2026.

ORDER GRANTING STIPULATED MOTION TO
EXTEND CERTAIN DEADLINES - 1
No. 3:26-cv-05333-TMC

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON  98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750

DATED this 29th day of July, 2026.

_____
Honorable Tiffany M. Cartwright

Presented by:

PACIFICA LAW GROUP LLP

By: /s/ W. Scott Ferron
    Zachary J. Pekelis, WSBA #44557
    W. Scott Ferron, WSBA #61154
    Carly Zipper, WSBA #60598
Attorneys for Defendants Susewind and
Windrope

LAW OFFICE OF TOBY THALER

By: /s/ Toby Thaler
    Toby Thaler, WSBA #8318
Attorney for Plaintiff Lorna Smith

CLAIRE LOEBS DAVIS, PRO SE

By: /s/ Claire Loebs Davis
    Claire Loebs Davis, WSBA #39812
Pro Se

GREENFIRE LAW, PC

By: /s/ Cyrus J. Moshiri
    Jessica L. Blome, CA Bar #314898
    Cyrus J. Moshiri, CA Bar #315717
    (Admitted pro hac vice)
Attorneys for Plaintiff Lorna Smith

ANIMAL & EARTH ADVOCATES PLLC

By: /s/ Ann E. Prezyna
    Ann E. Prezyna, WSBA #17572
Attorney for Plaintiff Washington
Wildlife First

ORDER GRANTING STIPULATED MOTION TO
EXTEND CERTAIN DEADLINES - 2
No. 3:26-cv-05333-TMC

PACIFICA LAW GROUP LLP
401 UNION STREET
SUITE 1600
SEATTLE, WASHINGTON 98101-2668
TELEPHONE: (206) 245.1700
FACSIMILE: (206) 245.1750