HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WASHINGTON WILDLIFE FIRST, LORNA SMITH, and CLAIRE LOEBS DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>KELLY SUSEWIND, individually and in his official capacity as director of the Washington Department of Fish and Wildlife, and AMY WINDROPE, individually and in her official capacity as deputy director of the Washington Department of Fish and Wildlife,<br><br>Defendants. | No. 3:26-cv-05333-TMC<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Extend Briefing Deadlines ("Stipulated Motion").

For good cause shown, the parties' Stipulated Motion is **GRANTED**.

The Court, having considered the Parties' Stipulated Motion and finding good cause, hereby **ORDERS** that:

- Defendants' Motion to Dismiss is due Friday, December 4, 2026.
- Plaintiffs' Opposition to Defendants' Motion to Dismiss is due Tuesday, January 19, 2027.
- Defendants Reply in Support of Defendants' Motion to Dismiss is due Friday, January 29, 2027.

It is further **ORDERED** that the word count for Defendants' Motion to Dismiss and Plaintiffs' Opposition thereto are extended to 12,600 words, and that the word count for Defendants' Reply in Support of said Motion is extended to 6,300 words.

DATED this 19th day of November, 2026.

HON. TIFFANY M. CARTWRIGHT

Presented by:

ANIMAL & EARTH ADVOCATES PLLC

By: *s/ Ann E. Prezyna*
Ann E. Prezyna, WSBA #17572

Attorney for Plaintiff Washington Wildlife First

GREENFIRE LAW, PC

By: *s/ Jessica L. Blome*
Jessica L. Blome, CA Bar #314898
*(Admitted pro hac vice)*

Attorneys for Plaintiff Lorna Smith

LAW OFFICE OF TOBY THALER

By: *s/ Toby Thaler*
Toby Thaler, WSBA #8318

Attorney for Plaintiff Lorna Smith

By: *s/ Claire Loebs Davis*
Claire Loebs Davis, WSBA #39812

Pro Se Plaintiff

PACIFICA LAW GROUP LLP

By: *s/ Ian D. Rogers*
Ian D. Rogers, WSBA #46584
W. Scott Ferron, WSBA #61154
Carly Zipper, WSBA #60598
Special Assistant Attorney General

Attorneys for Defendants